**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lance Dean Plunske,                              Civil No. 11-1407 (RHK/TNL)

      Plaintiff,                              **ORDER**

vs.

State of Minnesota,

      Defendant.

---

    This matter is venued in the Fifth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  June 7, 2011

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge